UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | CASE NO. 2:12-cv-304 |
| | ) | |
| v. | ) | CHIEF JUDGE PHILIP P. SIMON |
| | ) | |
| UNITED STATES STEEL CORPORATION, | ) ) | MAGISTRATE JUDGE ANDREW P. RODOVICH |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS / SUPPLEMENTAL SETTLEMENT REPORT**

Pursuant to this Court's November 12, 2014 Notice (docket number 98), Plaintiffs the United States of America, the State of Illinois, the State of Indiana, and the Michigan Department of Environmental Quality, as well as Defendant United States Steel Corporation ("U. S. Steel") (collectively, "the Parties") hereby provide the Court with a Joint Status / Supplemental Settlement Report.

The first and second phases of fact discovery concerning Granite City Works and Great Lakes Works, respectively, are complete, with the Great Lakes Works discovery phase having been concluded on June 20, 2014. On June 27, 2014, the Parties provided the Court with a Joint Supplement to the Report of Parties' Planning Meeting ("Joint Supplement"), which sought 90 days for the Parties to engage in settlement discussions. In the Joint Supplement, the Parties agreed to provide the Court with a report on the progress of settlement negotiations and the opportunity to seek additional time to continue negotiating. The Parties submitted supplemental reports to the Court on September 26, 2014 and November 10, 2014.

Since the last Status Report, the Parties have conducted a number of in-person and telephonic negotiation sessions throughout December 2014 and January 2015, have exchanged

additional technical and support materials on matters affecting all three facilities at issue, Gary Works, Great Lakes Works, and Granite City Works, have exchanged injunctive relief language to address many of the pending claims, and have discussed projects to potentially be included in a final consent decree.  The Parties have made progress on several issues and believe that additional time devoted to settlement will be productive.

To allow time for continued settlement discussions and the continued development of a consent decree acceptable to all Parties, the Parties respectfully request an additional 91 days, until May 1, 2015.  On or before May 1, 2015, the Parties will file a status report as agreed to in the Parties' Joint Supplement (Doc. 93).

Dated:  January 30, 2015                                   Respectfully submitted,

**Plaintiff United States of America**                 **Defendant United States Steel Corporation**

JOHN C. CRUDEN                                                 By:  /s/ J. Van Carson
Assistant Attorney General                                  J. Van Carson (0001324)
Environment and Natural Resources Division         Van.Carson@squirepb.com
United States Department of Justice                     John D. Lazzaretti (0080780)
                                                                              John.Lazzaretti@squirepb.com
By:  /s/ Arnold S. Rosenthal                                SQUIRE PATTON BOGGS (US) LLP
Arnold S. Rosenthal                                             4900 Key Tower
       arnold.rosenthal@usdoj.gov                          127 Public Square
Iva Ziza                                                                Cleveland, OH  44114
       iva.ziza@usdoj.gov                                        Telephone:    216.479.8500
Environment and Natural Resources Division     Fax:              216.479.8780
United States Department of Justice
P.O. Box 7611                                                       Terence M. Austgen (#2484-49)
Washington, D.C. 20044                                             austgen@bcclegal.com
Telephone:    202.514.3446                                  BURKE COSTANZA & CARBERRY LLP
                                                                         9191 Broadway
Mark C. Elmer                                                      Merrillville, IN  46410-7064
       mark.elmer@usdoj.gov                                  Telephone:    219.769.1313
Environment and Natural Resources Division     Fax:              219.769.6806
United States Department of Justice
999 18th Street                                                     David W. Hacker
South Terrace, Suite 370                                              DWHacker@uss.com
Denver, CO 80202                                                 The Law Department of
Telephone:    303.844.1352                                  United States Steel Corporation

2

Fax:         303.844.1350

OF COUNSEL
Sabrina Argentieri
    argentieri.sabrina@epa.gov
Mark Palermo
    palermo.mark@epa.gov
Associate Regional Counsel
U.S. EPA Region 5
77 W. Jackson Blvd.
Chicago, IL 60604-3590
Telephone:   312.353.5485

U. S. Steel Tower
600 Grant Street, Suite 1500
Pittsburgh, PA 15219-2800
Telephone:   412.433.2919
Fax:         412.433.2964

**Plaintiff State of Indiana**

GREGORY F. ZOELLER
Indiana Attorney General

By:  /s/ Timothy J. Junk
Timothy J. Junk
    tim.junk@atg.in.gov
Office of the Indiana Attorney General
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204
Telephone:   317.232.6290
Fax:         317.232.7979

**Plaintiff Michigan Department of Environmental Quality**

BILL SCHUETTE
Attorney General
State of Michigan

By:  /s/ Neil D. Gordon
Neil D. Gordon
    gordonn1@michigan.gov
Assistant Attorney General
Michigan Department of Attorney General
Environment, Natural Resources
and Agriculture Division
P.O. Box 30755
Lansing, Michigan 48909
Telephone:   517.373.7540

3

Fax:	517.373.1610

**Plaintiff State of Illinois**

PEOPLE OF THE STATE OF ILLINOIS,
ex rel. LISA MADIGAN,
Attorney General of the State of Illinois

MATTHEW J. DUNN, Chief
Environmental Enforcement/Asbestos
Litigation Division

By: /s/ Amanda S. Kimmel
REBECCA BURLINGHAM
Assistant Attorney General
Environmental Bureau

OF COUNSEL
Amanda S. Kimmel
	AKimmel@atg.state.il.us
500 South Second Street
Springfield, Illinois 62706
Telephone:	217.557.5767

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of January, 2015, a copy of the foregoing **JOINT STATUS / SUPPLEMENTAL SETTLEMENT REPORT** was served by electronic mail through the Court's CM/ECF system upon the following:

| | |
|---|---|
| Wayne T. Ault – AUSA<br>US Attorney's Office - Ham/IN<br>5400 Federal Plaza Suite 1500<br>Hammond, IN 46320<br>219-937-5500<br>219-937-5547 (fax)<br>wayne.ault@usdoj.gov | Neil David Gordon<br>Michigan Department of Attorney General<br>ENRA Division<br>PO Box 30755<br>Lansing, MI 48909<br>517-373-7540<br>517-373-1610 (fax)<br>gordonn1@michigan.gov |
| Amanda S. Kimmel<br>Illinois Attorney General<br>500 South Second Street<br>Springfield, IL 62706<br>217-557-9457<br>akimmel@atg.state.il.us | Arnold Stephen Rosenthal<br>US Department of Justice - Was/DC/7611<br>PO Box 7611<br>Washington, DC 20044-7611<br>202-514-3446<br>arnold.rosenthal@usdoj.gov |
| Rebecca A. Burlingham<br>Supervising Attorney<br>Illinois Attorney General's Office<br>Environmental Bureau<br>69 West Washington Street, 18th Fl.<br>Chicago, IL 60602<br>312-814-3776<br>312-814-2347 (fax)<br>rburlingham@atg.state.il.us | Iva Ziza<br>US Department of Justice –<br>Was/DC/EES/601<br>Environmental Enforcement Section<br>601 D Street NW<br>Washington, DC 20004<br>202-514-3211<br>202-616-6584 (fax)<br>iva.ziza@usdoj.gov |
| Timothy J. Junk<br>Valerie Tachtiris<br>Cheryl Gonzalez<br>Indiana Government Center South, 5th Floor<br>302 W. Washington Street<br>Indianapolis, IN 46204<br>317-232-6290<br>317-232-7979 (fax)<br>tim.junk@atg.in.gov | Mark C. Elmer<br>U.S. Department of Justice<br>999 18th Street<br>South Terrace, Suite 370<br>Denver, CO 80202<br>303-844-1352<br>303-844-1350 (fax)<br>mark.elmer@usdoj.gov |

    /s/ J. Van Carson
*One of the Attorneys for*
*Defendant United States Steel Corporation*

5